IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KIRSTON GOULD

    Plaintiff,

v.                                                Case No. 1:23-cv-00266-JB-KK

FUTURE MOTION, INC.,

    Defendants.

## DEFENDANT'S NOTICE OF REQUEST TO PARTICIPATE IN SCHEDULING CONFERENCE BY ZOOM

Please take notice that Counsel for Defendants wish to participate in the Scheduling Conference scheduled for 7/5/2023 at 2:00 PM via Zoom.

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

/s/ *Monica R. Garcia*
Monica R. Garcia
P.O. Box 3170
Albuquerque, New Mexico 87190
Telephone: (505) 884-0777
Facsimile: (505) 889-8870
mrgarcia@btblaw.com
*Attorneys for Defendant*

I HEREBY CERTIFY that on the 3rd day of July, 2023, I filed the foregoing electronically through the CM/ECF filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Timothy L. White – tim@valdezwhite.com
David M. Houliston – david@houlistonlaw.com
*Attorneys for Plaintiff*


*/s/ Monica R. Garcia*
Monica R. Garcia